

ACCEPTED
03-16-00761-CV
13871917
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/18/2016 11:12:26 AM
JEFFREY D. KYLE
CLERK

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/18/2016 11:12:26 AM
JEFFREY D. KYLE
Clerk

# 2016 Code of Conduct

Bank of America

We're better when we're connected®



Across our businesses, we're committed to helping make financial lives better for our customers and clients through the power of every connection.

# Bank of America values

### Our values

Across our businesses, we're committed to helping make financial lives better for our customers and clients through the power of every connection.

Our values guide and inspire how we work together to serve our customers and clients, our shareholders and each other, helping us realize our purpose. To do this, we must:

### Deliver together

We believe in the importance of treating each customer, client and teammate as an individual and treating every moment as one that matters. We strive to go the distance to deliver with discipline and passion. We believe in connecting with people person-to-person, with empathy and understanding. We believe everything we do for customers, clients, teammates and the communities we serve is built on a solid business foundation that delivers for shareholders.

### Act responsibly

We believe that integrity and the disciplined management of risk form the foundation of our business. We are aware that our decisions and actions affect people's lives every day. We believe in making decisions that are clear, fair and grounded in the principles of shared success, responsible citizenship and community building.

### Realize the power of our people

We strive to help our employees reach their full potential. We believe that diverse backgrounds and experiences make us stronger. We respect every individual and value our differences — in thought, style, culture, ethnicity and experience.

### Trust the team

We believe that the best outcomes are achieved when people work together across the entire company. We believe great teams are built on mutual trust, shared ownership and accountability. We act as one company and believe when we work together, we best meet the full needs of our customers and clients.

# Code of Conduct:
## our foundation for success



To my teammates:

Every day, we strive to make financial lives better. As we help people, businesses and institutions achieve their financial goals, it is important that we always act responsibly — with honesty, integrity and fairness.

Based on our company's values, the Code of Conduct is our guide to putting those values into action. We are each required annually to review, acknowledge and understand our Code of Conduct.

Thank you for upholding our ethical standards and commitment to our values in all you do every day for our customers, clients, teammates and communities.

Brian Moynihan
Chief Executive Officer
Bank of America

# Introduction

Bank of America Corporation is committed to the highest standards of ethical and professional conduct. The Bank of America Code of Conduct (the "Code of Conduct" or the "Code") provides basic guidelines of business practice and professional conduct that we are expected to adopt and uphold as Bank of America employees.

To instill public trust and confidence, this Code is intended to guide our conduct and illustrate how we live our values as individuals and as a team.

**The Code of Conduct contains the following key themes consistent with our values:**

We honor our Code . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

We act ethically . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

We manage risk effectively . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

We are fair and honest in our communications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

We safeguard information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

We protect Bank of America assets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

We conduct our financial affairs responsibly . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

We value each and every teammate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

We respect laws and regulations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

We will not misuse information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

We invest in our communities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25

Your manager or compliance officer will provide you with access to any manuals, policies, procedures and training related to your specific job. You should visit **HR Connect** to access learning content and refer to the **Employee Handbook** for additional information on employee conduct.

The corporation may publish additional policies as deemed necessary or appropriate.

You are expected to follow this Code, other policies referred to in the Code, additional policies that apply to your specific job, and the spirit and letter of all laws and regulations. Violation of the Code of Conduct or other policies, procedures, laws and regulations constitutes grounds for disciplinary action, including termination of employment and possible legal action.

## Notice to employees

Nothing in this Code prohibits or limits any employee or their counsel from initiating communications directly with, responding to any inquiry from, volunteering information to, or providing testimony before, the Securities and Exchange Commission, the Department of Justice, Financial Industry Regulatory Authority, Inc., any other self-regulatory organization or any other governmental, law enforcement, or regulatory authority, in connection with any reporting of, investigation into, or proceeding regarding suspected violations of law, and no employee is required to advise or seek permission from the Company before engaging in any such activity. In connection with any such activity permitted above, employees should identify any information that is confidential and ask the government agency for confidential treatment of such information. Despite the foregoing, employees are not permitted to reveal to any third party, including any governmental, law enforcement, or regulatory authority, information employee came to learn during the course of employee's employment with the Company that is protected from disclosure by any applicable privilege, including but not limited to the attorney-client privilege, attorney work product doctrine and/or other applicable legal privileges. The Company does not waive any applicable privileges or the right to continue to protect its privileged attorney-client information, attorney work product, and other privileged information. Additionally, employees recognize that employee's ability to disclose information may be limited or prohibited by applicable law and the Company does not consent to disclosures that would violate applicable law. Such applicable laws include, without limitation, laws and regulations restricting disclosure of confidential supervisory information or disclosures subject to the Bank Secrecy Act (31 U.S.C. §§ 5311-5330), including information that would reveal the existence or contemplated filing of a suspicious activity report.

Confidential supervisory information includes any information or materials relating to the examination and supervision of the Company by applicable bank regulatory agencies, Company materials responding to or referencing non-public information relating to examinations or supervision by bank regulatory agencies, and correspondence to or from applicable banking regulators.

The terms "Bank of America," "the Bank," "the Company," "corporation" and "company" refer to Bank of America Corporation and its direct and indirect subsidiaries. For convenience, we use these terms because various companies within Bank of America use this document. The use of these terms here or in other publications does not mean you are an employee of Bank of America Corporation. The use of these terms or issuance of this document does not change your existing at-will employee status. Employees remain employed at will, and the at-will employment relationship can only be changed by an authorized company representative in writing. Similarly, the use of these terms or the requirement to read and adhere to this Code does not change the employment status of the employees of the Company's third parties or contractors.

The term "associate," "employee," "teammate" or "you" refers to any Bank of America director, officer or employee.

The 2016 Code of Conduct supersedes and replaces any prior communications, policies, rules, practices, standards and/or guidelines that are less restrictive or to the contrary, whether written or oral. To the extent there are any conflicts with the Employee Handbook, the language of this Code supersedes the Employee Handbook.

If any provision of this Code conflicts with your local law, the provisions of your local law apply.

# We honor our Code

## Making good decisions

Countless decisions are made every day at Bank of America. Every decision we make as an institution and as employees impacts not only the corporation and our teammates, but our shareholders and communities as well. We all strive to make good decisions and to do the right thing. However, making decisions is not always easy. While in certain situations the right result is obvious and the decision can be made easily, in many situations the right result is less clear-cut or you may be facing time or other business pressures. Regardless of the nature of a particular decision, keep the following in mind to help you make informed, thoughtful decisions:

- Make sure you have the relevant facts.
- Take into account relevant laws, rules, regulations and policies.
- Consider competing interests.
- Identify potential options and their consequences.
- Uphold Bank of America values.

## Fair dealing and responsibilities to customers

At Bank of America, we are expected to deal fairly with our customers, competitors and third parties.

- You should not take unfair advantage of any customers, competitors or third parties through manipulation, concealment, misuse of proprietary and confidential information, knowingly false misrepresentation of facts or any other unfair business practice.
- You must not give or accept bribes, kickbacks, promises or preferential extensions of credit.
- You must approve or award orders, contracts and commitments based on objective business standards to avoid favoritism or perceived favoritism.
- You must not conspire or collude in any way with competitors.

Every decision we make as an institution and as employees impacts not only the corporation and our teammates, but our shareholders and communities as well.

## Reporting certain conduct — Code complaints and possible violations

Bank of America can be held criminally liable if one of its employees or agents commits certain crimes. Subject to the **Notice to Employees** in this Code, you must promptly report any knowledge or information about conduct by another employee or agent of the corporation that you reasonably believe to be:

- A crime
- A violation of law or regulation or policy
- A dishonest act, including misappropriation of funds or anything of value from Bank of America, or the improper recording of corporation's assets or liabilities

You also must report any other circumstances or activities that may conflict with the Code of Conduct.



*Bank of America takes claims of retaliation seriously. We will investigate allegations of retaliation, and anyone found responsible for retaliating against an employee who reported to the Ethics and Compliance Hotline is subject to disciplinary action, up to and including termination of employment and possible legal action.*

If you have any questions or concerns regarding the Code of Conduct:

- Consult your manager or compliance officer.
- Refer to the **Global Compliance** website for additional information and compliance contacts.



To report complaints or possible violations regarding ethical issues or other inappropriate activity, call the Ethics and Compliance Hotline:

- Employees in the U.S., Canada, Puerto Rico and U.S. Virgin Islands call toll-free 1.888.411.1744 or submit a report online at **reportlineweb.com/bankofamerica**
- For other international employees, toll-free dialing instructions will vary by location. Please see the **Ethics and Compliance Hotline International Dialing Instructions** for details. International employees may submit a report online at **reportlineweb.com/bankofamericainternational**

Complaints or possible violations can be submitted anonymously and in complete confidence. However, because of strict data privacy laws, particularly in the European Union, employees working outside the U.S. may be subject to certain limitations on reporting to the Ethics and Compliance Hotline. If you are outside the U.S., consult your local policies and procedures on reporting, or contact your local human resources or compliance department, and they will be able to advise on the rules applicable to you and appropriate local reporting channels.

Bank of America will not retaliate, and prohibits all employees from retaliating, against any employee who in good faith reports suspected unethical conduct, violations of laws, regulations or Company policies.

Please review **special consideration for EMEA employees**, contractors and other workers for more information.

For individuals in the U.K., concerns of inappropriate activity by the bank or its employees can be reported directly to the **Financial Conduct Authority** (FCA) or the **Prudential Regulation Authority** (PRA). Reporting to the FCA/PRA is not conditional on a report first being made internally. It is possible to report internally and to the FCA/PRA (simultaneously or consecutively). For more information, please refer to the **UK Whistle-blowing Policy**.

The Ethics Oversight Committee resolves issues regarding the Code of Conduct, including potential violations and certain exceptions, and reviews information from the Ethics and Compliance Hotline. The committee includes the corporation's general auditor, general counsel, global risk executive, global compliance executive and global human resources executive.

## Non-retaliation

Bank of America values clear and open communications, and respects the contributions of all employees. You will not be retaliated against for reporting information, in good faith and in accordance with this Code, that you reasonably believe relates to possible misconduct, unethical acts and/or securities law violations. Retaliatory conduct includes discharge, demotion, suspension, threats, harassment, and any other manner of discrimination in the terms and conditions of employment because of any lawful act you may have performed in connection with such reporting.

## Observing the Code of Conduct and annual training

As a Bank of America employee, you are required to agree to observe the Code of Conduct and take Code of Conduct training, which includes an acknowledgment, on an annual basis.

## Code waivers

The board of directors must approve any waiver of the Code of Conduct for the chief executive officer, the chief financial officer, the chief accounting officer and any executive officer or director. The corporation will promptly disclose any such waiver on its website or through a press release or other public filing as required by applicable law, rule or regulation.

## Special obligations of managers

We all are responsible for abiding by the Code; reporting known or suspected violations of the Code, laws, rules, regulations, policies or procedures; questioning business practices that may contradict or violate our Code; and cooperating in investigations of potential violations.

**Managers have additional obligations to do the following:**

- Lead by example: actively practice ethical behavior, manage risks in accordance with the Company's **Risk Framework** and live the standards of our Code and our values.

- Hold others accountable for acting in accordance with our values, our Code and our **Risk Framework**.

- Make sure that teammates are aware of our Code and related policies and procedures.

- Maintain a workplace environment that encourages candid discussions about ethics issues with no fear of reprisal.

- Refrain from conduct that could be considered an abuse of your position or influence (for example, improperly pressure teammates for personal benefit or activities).

- Treat all employee reports and ethics complaints confidentially and consistently follow Company policies and procedures for handling them.



*Q: As a manager, how can I promote ethical behavior?*

*A: First and foremost, lead by example. Include discussions about workplace ethics in team meetings. Allow team members to feel comfortable asking questions when they have concerns. Remind employees that they will not be retaliated against for reporting information in good faith and in accordance with this Code.*

# We act ethically

At Bank of America, integrity is required and employees are expected to be honest, ethical and trustworthy.

## Conflicts of interest

Bank of America faces actual, potential and perceived conflicts of interest on a regular basis during the normal course of business. The Code of Conduct provides basic guidelines of ethical business practices, management of conflicts of interest, and conduct that we are expected to adopt and uphold as Bank of America employees or as individuals performing duties and assignments on behalf of the Company through third party relationships.

For purposes of this Code, family member includes spouse or domestic partner, child (including by adoption), parent, grandparent, grandchild, cousin, aunt, uncle, sibling, parent-in-law, brother-in-law or sister-in-law of the employee or the employee's spouse or domestic partner, as well as step relationships of the foregoing.

## What is a conflict of interest?

Conflicts of interest may occur when:

- Personal business or financial interests or activities compete or interfere — or even appear to compete or interfere — with your obligations to the corporation, its shareholders or customers.

- The interests of two or more of the corporation's customers conflict, potentially giving rise to a material risk of damage to the interest of one or both of the customers.

- The corporation's interests conflict with those of its customers.

Conflicts of interest also arise when you or your family members receive improper personal benefits, products, services or preferential treatment as a result of your position, or the position of a family member, in the corporation.

Such situations might interfere with your judgment or ability to properly fulfill your responsibilities on behalf of Bank of America, its customers or its shareholders.

You are responsible for identifying and managing actual or perceived conflicts in accordance with applicable regulatory requirements and Bank of America policies, including this Code.



At Bank of America, integrity is required and employees are expected to be honest, ethical and trustworthy.

It is impossible to define every action that could be reasonably interpreted as a conflict of interest. This section defines several potential conflicts of interest as examples of which you must be aware:



- Gifts and entertainment
- Gifts among employees
- Information disclosure and dissemination
- Outside business activities
- Political contributions and activities
- Third parties
- Anti-bribery and anti-corruption
- Interactions with government employees

**Some general considerations for identifying potential conflicts of interest:**

- **Perception:** Could the activity or transaction be perceived as a potential conflict by others?
- **Intent:** Is the offer or request an attempt to influence the recipient's or your judgment?
- **Impact:** Will the Company, its shareholders or its customers be disadvantaged without legitimate reason if you participate in the activity or transaction?
- **Objectivity:** Will participation in the activity or transaction affect a customer's or your judgment or your ability to be objective with regard to any business decision?
- **Time considerations:** Will the time required by the outside business activity interfere with your ability to effectively carry out your job responsibilities to the Company, its shareholders or its customers?

**Steps to take if you think a conflict of interest may exist:**

- Seek counsel through your manager or your primary compliance or risk officer.
- Employees in the U.S., Canada, Puerto Rico and U.S. Virgin Islands also may call toll-free 1.888.411.1744 or submit a report online at **reportlineweb.com/bankofamerica**.
- For other international employees, toll-free dialing instructions will vary by location. Please see the **Ethics and Compliance Hotline International Dialing Instructions** and "Reporting certain conduct; Code complaints and possible violations" section of this Code for details. International employees may submit a report online at **reportlineweb.com/bankofamericainternational**.

## Gifts and entertainment

Providing gifts, including promotional items and entertainment, is often customary in the financial services industry; however, many jurisdictions have rules that regulate these activities. You must adhere to such rules to avoid impropriety or the appearance of impropriety that could expose Bank of America to civil or criminal liability or threaten the public's trust in Bank of America.

A conflict of interest may arise when you provide or receive gifts or entertainment to or from clients, prospects or third parties. Such activities must be legal, and should not be frequent or extravagant.

You must not provide or accept entertainment to or from current or prospective customers or third parties unless it is for a valid business purpose, provides an opportunity for a meaningful business conversation and is otherwise in conformance with our enterprise and local policies and the **Anti-Bribery/Anti-Corruption Policy**.

Before entertaining or giving any item of value to a **government employee**, you must confirm your requirements under applicable policies and procedures, which may include obtaining pre-approval from your manager and your compliance officer.

You must not give or receive gifts of cash or cash equivalent instruments to or from current or prospective customers or third parties, unless given as part of, and in compliance with, an approved Bank of America customer satisfaction program.

These restrictions are not intended to apply to gifts or entertainment based on family relationships where the circumstances make it clear that it is the relationship — rather than Bank of America's business — that is the motivating factor for giving the gift.

Based on industry laws and regulations, and particularly for employees in certain businesses, your gift and entertainment activities may be restricted to specific dollar limits or subject to certain pre-approval thresholds. Specific tracking and reporting requirements may also apply. Please confirm your obligations with your compliance officer and refer to the **Anti-Bribery/Anti-Corruption Policy** for specific requirements.



*You must not provide or accept entertainment to or from current or prospective customers or third parties unless it is for a valid business purpose, provides an opportunity for a meaningful business conversation and is otherwise in conformance with our enterprise and local policies and the* **Anti-Bribery/Anti-Corruption Policy**.

## Gifts among employees

A conflict of interest may arise when you provide or receive gifts to or from another employee, and especially when gifts are exchanged among employees in the same reporting line or in positions of influence.

You must not give or receive gifts to or from another employee that may create a real or perceived conflict of interest. Additionally, gifts must not be used as a form of compensation or reward for job performance.

Note that you may provide gifts in connection with life events (for example, weddings, birthdays, births, etc.) where the circumstances make it clear that it is the life event — rather than Bank of America's employment relationships — that is the motivating factor for giving the gift.

Under all circumstances, employees must exercise good judgment to ensure that any gift is reasonable for the occasion, is not lavish or frequent, does not create any appearance of impropriety, and could not be perceived to be compensation.

## Information disclosure and dissemination

A conflict of interest may arise if you make certain types of information public.

Subject to the **Notice to Employees** in this Code, you must not disclose or disseminate to the public, except as part of your job responsibilities, proprietary and confidential Company information, including such information regarding customers, employees, third parties, market conditions or business events, and employee information learned in the course of your work. Even if you inadvertently or accidentally share or disclose such information, a conflict of interest may arise.



*Q: I would like to work part time on the weekends at a local department store to make extra money for the holidays. Is this a conflict?*

*A: Before starting a second job, you must obtain your manager's approval and inform compliance. The second job must not interfere in any way with your job performance at the Company.*

*Q: I've been asked to serve on the board of a local non-profit organization. Do I need to report this?*

*A: You must obtain approval from your manager before serving on a board of an organization, whether a for-profit or a non-profit entity. Additional approval and reporting may also be required. For additional information and guidance, please visit the **Outside Business Activities** website.*

## Outside business activities

A conflict of interest may arise from activities, employment or other relationships outside your role with Bank of America.

You must not act on behalf of or appear to represent the corporation in any business transaction outside your role and responsibilities with Bank of America. Inform your manager and obtain all required approvals before you:

- Pursue additional employment outside Bank of America
- Engage in an independent business venture
- Perform services for another business organization
- Run for or accept appointment to any political office

You must not misuse Bank of America resources while pursuing such outside business activities and relationships (including but not limited to physical space, supplies, communications methods or time) or allow any outside business, civic or charitable activities to interfere with your job performance. Bank of America generally discourages employees from serving on a board of a for-profit organization in a personal capacity, particularly the board of a public company, and other approvals are required. For more information, and to disclose your involvement in an outside business activity or outside directorship, please visit the **Outside Business Activities** website.



*Q: I am interested in running for a local office. Because I am not sure if I will win, can I wait until after the election to get my manager's approval to serve in that position?*

*A: No. You must obtain the approval of your manager and compliance before running for or accepting appointment to any political office.*

## Anti-bribery and anti-corruption

You are expected to comply with the U.S. Foreign Corrupt Practices Act, the U.K. Bribery Act, as well as all other anti-bribery and anti-corruption laws whenever and wherever you conduct business on behalf of Bank of America. You may not give, promise or offer money or anything of value, or authorize any third party working on behalf of Bank of America to give, promise or offer anything of value including but not limited to currency, offers of employment, lavish gifts and entertainment to any customer, **government employee** or any other person for the purpose of improperly influencing a decision, securing an advantage, avoiding a disadvantage or obtaining or retaining business. If you engage in such behavior, you expose yourself and the corporation to potential civil and/or criminal liability and significant reputational harm, and undermine the trust of our customers, shareholders and communities.

For more information, visit the **Anti-Bribery and Anti-Corruption** website.

## Political contributions and activities

In general, you may make personal political contributions, within applicable legal limits, to candidates, parties, committees, and other entities that make political expenditures. Because of industry regulations and state or local laws, employees of particular businesses or employees with certain coverage responsibilities may be restricted from making some political contributions or engaging in certain political activities. Please confirm with your compliance officer and refer to the **Anti-Bribery/ Anti-Corruption Policy** if you are subject to such limitations and any pre-clearance requirements prior to making or soliciting others to make political contributions or otherwise engaging in political activities. Employee political contributions are made in your own personal capacity and are not reimbursable.

Under no circumstance may you coerce or pressure other employees to make political contributions. Employees may not engage in or make use of any Company assets or personnel to engage in political fundraising or solicitation activities for their own political interests on Company premises.

For more information, visit the **U.S. Employee Political Activities** website.

## Third parties

A conflict of interest may arise from relationships with third parties or other service providers. If you are authorized to approve or award orders, contracts, commitments or engagements to third parties of goods or services, you must do so based on objective business standards to avoid any real or perceived favoritism.

## Interactions with government employees



Interactions with government entities and their employees may expose the corporation and its employees to a myriad of public policy, legal and compliance concerns. Prior to these contacts, you must confirm with your compliance officer if there are any limitations or requirements that apply to your contact (for example, limits on gifts and entertainment, requirement to register as a lobbyist).

You are expected to be particularly vigilant when interacting with **government employees** and must not engage in behavior that could be seen as being intended to improperly influence a Bank of America business relationship.

You must not offer, give or promise to give money or anything of value to any executive, official or employee of any government, agency, state-owned or controlled enterprise, political party or candidate for political office if it could be seen as being intended to influence a Bank of America business relationship. You must be sensitive to those situations or circumstances that could create an appearance of impropriety or potential conflict of interest, or raise bribery or corruption concerns.

Nothing in this section is intended to prohibit employees from filing a complaint with governmental agencies such as the Securities and Exchange Commission (SEC), the Financial Industry Regulatory Authority, Inc. (FINRA), the National Labor Relations Board (NLRB), the Occupational Safety and Health Administration (OSHA), and similar regulatory entities. Refer to the **Notice to Employees** in this Code for further guidance.

Individual accountability is at the heart of our risk culture — this means that each employee is responsible for understanding and complying with all applicable policies, completing all mandatory risk-related training, and for using his or her judgment to manage risk in their daily business activities.

# We manage risk effectively



Bank of America is in the business of taking risks. You are responsible for understanding what risks impact the Company, managing those risks and ensuring an appropriate risk/reward balance. The Company must practice effective risk management regardless of whether the Company performs the activity internally or through a third party. The Company's use of third parties does not diminish the responsibility to ensure that the activity is performed in a safe and sound manner and in compliance with applicable laws.

Individual accountability is at the heart of our risk culture — this means that each employee is responsible for understanding and complying with all applicable policies, completing all mandatory risk-related training, and for using his or her judgment to manage risk in their daily business activities. We are all accountable for identifying and debating risk-related issues, escalating concerns, taking a stand and making sound judgments about the risk/reward trade-offs of business decisions.

You should take an open, candid and fact-based approach to discussing risks, making all relevant facts and information available so the Company can consider all possible options and make decisions. You also are responsible for promptly communicating and escalating matters to management that may cause risk or potential harm to the Company, such as operational problems, policy violations, illegal activities or other risks. Always act to protect the Company and the interests of shareholders. For more information, please refer to the **Risk Framework**.

# We are fair and honest in our communications

### Responding to media inquiries

We work to both advance and protect the Bank of America brand through engagement with the news media as part of our larger marketing, communications, public policy and corporate affairs activities. It is the Company's policy that only employees designated by Bank of America's Media Relations staff are authorized to speak with the media as spokesperson for and on behalf of the Company. If you are contacted or approached by a reporter or member of the media and asked to speak on behalf of the Company, you should direct the reporter to Bank of America **Media Relations**. Employees who anticipate speaking or otherwise communicating with the media on behalf of the Company are required to comply with applicable line of business specific policies and procedures and obtain approval from a member of the Media Relations staff prior to engaging in any media (including social media), public relations or communication(s).

You must refer all contacts and requests received from the media for comment on behalf of the Company to Media Relations. This includes requests for information or comments on behalf of the Company about company business, plans, organizational or administrative matters, results of operations, or information about the Company's performance to Media Relations. This also includes requests for comments or information on behalf of the Company either on an "on-the-record" or "off-the-record," or "background" basis. This also prohibits employees on behalf of the Company from giving members of the media access to or a summary of Company confidential or proprietary information, such as internal conference calls, webcasts, internal emails or other written materials or presentations, without prior involvement and approval of the Media Relations Team.

These policies are not intended to infringe upon or violate rights protected under applicable employment, securities, or other applicable laws, rules and regulations. However, whether speaking on behalf of themselves or the Company, employees may not disclose proprietary and confidential information learned in the course of one's work (such as salary information about others learned in the course of your employment with the Company) or any confidential customer or client information, except as specifically provided in the Company's policies or as described in the **Notice to Employees** in this Code.

Failure to comply with this section of the Code of Conduct constitutes grounds for disciplinary action up to, and including, termination of employment.



We work to advance and protect the Bank of America brand through engagement with the news media as part of our larger marketing, communications, public policy and corporate affairs activities.

## Electronic communications and social media

Bank of America recognizes that, when used properly, electronic communications and social media can positively impact our customers' experience. Enhancements in electronic communications help employees save time and improve overall business efficiency. Electronic communications are an important part of how Bank of America does business. Adhering to this section of the Code builds and preserves customer trust, protects our brand, minimizes risk (reputational, regulatory, litigation) and maximizes the appropriate use of electronic communications and social media by employees to help drive Bank of America businesses in a compliant manner.

During their non-work time, associates are permitted personal use of the internet, email and any other of the Company's electronic tools. Bank of America may monitor and inspect all associate use of these resources to ensure productivity is not  negatively impacted, maintain the integrity of the systems (such as monitoring for the introduction of malware or high volume) and avoid activities that may give rise to Company liability (such as claims of unlawful harassment or conduct). Employee and/or authorized user behavior in all electronic communications and social media (both internal and external usage) must adhere to the standards of this Code and in the Employee Handbook, as applicable.

All electronic communications sent over the Company's systems and/or to or from Company-issued devices or Company permissible devices when those devices are connected to the Company's network, tools and applications, including communications via social media, are, to the fullest extent permissible by law, subject to monitoring and retention by or on behalf of Bank of America. In the United States and other countries, where permissible, based on local laws and regulations, as applicable, employees should have no expectation of privacy with respect to electronic communications that are transmitted or stored on systems, platforms, hardware or software that are controlled by the Company or that are publicly available, including any publicly available social media, whether or not controlled by the Company. For questions regarding local laws and restrictions, employees should contact their local compliance officer or legal department.

## Duty to cooperate

You must fully and truthfully cooperate with any internal or external investigation or audit, or any regulatory examination or request for information. You need to be aware of and comply with any applicable business-specific policies and procedures regarding contact with regulators, which among other things, may require you to report such contact to either your manager and/or compliance officer. Additionally, you must immediately inform your manager if you are the subject of an external investigation unless laws, regulations or the investigating authority prohibit you from doing so.



We are all accountable to:
- Think independently
- Take a stand
- Actively escalate issues
- Assume personal accountability
- Take action

# We safeguard information

Except as permitted by applicable Company policies, and subject to the **Notice to Employees** in this Code, we must keep the following information confidential and secure:



### Customer information

You must not access customer information or use customer information except for appropriate business purposes and must protect the confidentiality and security of customer information.

You should be familiar with, and handle customer information in accordance with, Bank of America's privacy notices, which detail our commitment to privacy and information protection, and internal privacy and information security policies and standards. You should also be familiar with the "need to know" policy for **material, nonpublic information** and certain other confidential information related to our corporate clients.

> *Any assets you create for Bank of America or while using Bank of America resources are the corporation's property, and remain its property even if you leave Bank of America.*
>
> *Bank of America has guidelines with which you should be familiar to ensure the protection of intellectual property, records and other information. Please visit the following websites:*
> - **Intellectual Capital & Property**
> - **Records Management**
> - **Unsolicited Ideas Guidelines**

For more information, including guidance on different classifications of data, please visit the **Information Security** website and the **Privacy** website and read the **Information Security Policy** and **Information Wall Policy**.

We must keep the following confidential and secure: customer information, Bank of America information, employee information, third party information, intellectual property of others and corporate opportunities.

## Bank of America information

Subject to the **Notice to Employees** in this Code, you must keep secure and not disclose nonpublic information about Bank of America such as business plans, market conditions and third party information. Such information should only be shared within the corporation with other employees who "need to know" the information to perform their duties. Consult your manager if you have questions about sharing information about Bank of America on a "need to know" basis.

## Employee information

As part of the Company's commitment to protect employee information, Bank of America has processes and controls in place to govern the use, transmission, sharing, storage, disclosure, transfer, security, accuracy, and access to employee information globally. The **U.S. Employee Privacy Policy** establishes requirements for how employees, managers and third parties must treat U.S. employee information. Outside the U.S., country specific Data Protection Notices (DPNs) are in place, which can be provided by your local HR partner or compliance officer.

## Third party information

You must keep confidential and secure any information about the corporation's purchase of products or services. Sharing this information with the wrong source could provide an improper advantage to the third party or its competitors and violates agreements Bank of America has with third parties. In some instances, it also might violate the "need to know" policy for material, nonpublic information. For more information, please visit the **Third Party Management** website.

*For more information on privacy, visit the **Privacy** website. The **Information Security** website contains helpful information about confidentiality and information security at Bank of America. The "We will not misuse information" section of this Code of Conduct explains the prohibitions on misuse of material, nonpublic information as outlined in the **Information Wall Policy**, as well as relevant line of business specific policies.*

## Intellectual property of others

We respect the intellectual property rights of others. Employees must not obtain or use the intellectual property of others in violation of confidentiality obligations or law. The use, sale or other distribution of intellectual property in violation of license agreements or intellectual property laws is prohibited. Additional information is available on the **Intellectual Capital & Property** website.

## Corporate opportunities

You must not deprive the corporation of an opportunity by:

- Competing with the corporation or using corporate property, information or your position for personal gain

- Taking for yourself an opportunity that belongs to the corporation, or helping others do so, if they are in a position to divert a corporate opportunity for their own benefit



# We protect Bank of America assets

We must properly care for and protect Bank of America property and assets, which should be used for legitimate business purposes only.

You must not:

- Steal, embezzle or misappropriate money, funds or anything of value from Bank of America. Doing so subjects you to potential disciplinary action, according to the law and Bank of America policy.

- Use Bank of America assets for personal gain or advantage

- Remove Bank of America assets from the facilities unless you have your manager's approval

- Use official Bank of America stationery, the corporate brand, documents or the Bank of America name for commercial gain

- Misuse your internet, phone or email privileges. During their non-work time, employees are permitted personal use of the internet, email and any other of the Company's electronic tools. Bank of America may monitor and inspect all employee use of these resources to ensure productivity is not negatively impacted, maintain the integrity of the systems (such as monitoring for the introduction of malware or high volume) and avoid activities that may give rise to Company liability (such as claims of unlawful harassment or conduct). Therefore, employees should have no expectation of privacy when using Company electronic tools. More information on these and other policies is available in the "Working at Bank of America" section of the **Employee Handbook**, as well as in the **Electronic Communications Retention – Enterprise Policy** and **Electronic Communications Guide**.



We must properly care for and protect Bank of America property and assets.

**Bank of America assets include, but are not limited to, items such as:**

| | | |
|---|---|---|
| Computer software | Innovations | Customer lists or information |
| Intellectual property | Data processing systems | Money and funds |
| Databases | Records | Equipment |
| Reference materials | Furnishings | Reports |
| Files | Supplies | Ideas |
| Technology | Information about corporate or customer transactions | The corporation's private computer systems, including your email and your internet access |



# We conduct our financial affairs responsibly

You should conduct your personal financial affairs responsibly and keep your business expenses in order.

You are responsible for your financial activities in the following areas:

### Borrowing

You may not personally borrow money from or lend money to third parties, customers or other employees unless the loan is to or from a family member or from an institution normally in the business of lending; and there is no conflict of interest.

An occasional loan of nominal value (such as for lunch) to another employee or acquaintance is acceptable, as long as no interest is charged.

### Business expenses

You must report your business expenses accurately and in a timely manner. You also must not use business credit cards for any purpose other than appropriate business expenses.

You may not make purchases directly from or enter into contracts with third parties. The Company has established requirements for efficient and compliant purchasing, contracting and payments for products and services acquired from third parties.

More information on appropriate business expenses and purchasing channels is available in the **Enterprise Expense Management Policy**, the **Enterprise Third Party Policy** and the related **Global Expense Standard**.

### Personal accounts and fees

Misuse of your personal accounts and banking services is prohibited. Additionally, you may not accept personal fees or commissions for any transaction on behalf of Bank of America unless you are specifically authorized to do so.

# We value each and every teammate

## Diversity & Inclusion



At Bank of America, we value our differences — in culture, ethnicity, sexual orientation, gender identity, experience and thought — understanding that diversity and inclusion are good for business and make our company stronger. We strive to empower all employees to excel on the job and reach their full potential, and reward and recognize employees based on performance and results.

Encouraging a diverse and inclusive workplace gives us the business advantage of understanding and meeting the needs of our diverse customers, clients and communities. Our diversity also provides fresh ideas and perspectives and, when coupled with inclusion, results in an innovative environment.

Bank of America is proud to be a leader in supporting diversity and has been widely recognized for its progressive workplace practices and initiatives to promote inclusion.

Visit the **Diversity and Inclusion** website for more information.

*At Bank of America, we give everyone a fair opportunity to be part of our team and to excel, and we base decisions and rewards on facts and results. To help employees excel on the job and reach their full potential, we provide professional development strategies, tools and processes across the Company.*

## Discrimination and harassment

At Bank of America, we are committed to maintaining a workplace free of discrimination and harassment based on race, color, religion, sex (including pregnancy, childbirth or related medical condition), gender, gender identity, sexual orientation, national origin, citizenship status, age, ancestry, marital status, medical condition, disability status or veteran status, or any other factors prohibited by local law ("Prohibited Behavior"). Bank of America considers such behavior unacceptable and contrary to the Company's core values in that it undermines the goal of providing an inclusive environment.

At Bank of America, we value our differences — in culture, ethnicity, sexual orientation, gender identity, experience and thought.

Bank of America does not tolerate unlawful discrimination or harassment of any kind. Reported incidents of Prohibited Behavior and/or retaliation will be investigated. Investigations are conducted in as discreet a manner as is compatible with a thorough investigation of the complaint. If the Company finds violations of the Harassment and Discrimination Prevention Policy or other inappropriate conduct of a sexual, discriminatory or retaliatory nature has occurred, disciplinary action up to and including immediate termination from employment may result.

Generally, harassment may include verbal harassment, physical harassment, visual harassment, sexual harassment and abusive conduct. For more information, review the **Harassment and Discrimination Prevention Policy**.

### Workplace safety

We are committed to the safety and security of our teammates around the globe. In order to avoid risk to yourself or those around you, you must follow all applicable safety and security procedures, as well as applicable laws and regulations. You should report unsafe working conditions to your manager or compliance officer.

### Workplace violence

Bank of America strives to provide a safe work environment in which employees treat each other with courtesy and respect and resolve any differences in a professional, non-abusive and non-threatening manner. All employees are responsible for recognizing and mitigating emerging or existing issues and helping to manage risk within the Company. This is especially true when it involves the safety and security of our employees. Despite the name, workplace violence does not have to involve an act of violence. Workplace violence includes acts or threats of physical violence, but it also can include conduct or behavior such as harassment and bullying, if it is intended to make another individual fear for his/her safety. Employees have a responsibility to report inappropriate behavior before it escalates to violence in the workplace. We all have an obligation that if we see something, we say something.

An additional risk associated with workplace violence is domestic violence, defined as a pattern of abusive behavior that is used by one partner to gain or maintain power and control of another intimate partner. The Company is committed to providing training to employees, raising awareness of domestic violence and its impact in the workplace, and providing an appropriate level of support for employees who are victims of domestic or other violence. The Company encourages employees to reach out to their manager, Human Resources or Corporate Security if they are experiencing difficulties at work because of domestic violence or require assistance in dealing with the impacts of domestic violence. The Company encourages employees to speak up if they become aware that a co-worker is being subjected to domestic violence. The Company also prohibits the misuse of Company property, vehicles, telephones, other employees and/or computers to commit acts of domestic violence, including stalking, harassment, or threats.

Additional information can be found within the **Violence Free Workplace Policy**.

### Business continuity

Business continuity is the methodology used for responding to a business interruption. Floods, power outages, hurricanes and pandemics are just a handful of events which could negatively impact business operations.

When these types of business interruptions occur, you may be called into action and asked to perform your duties at a different work location. That's why Bank of America has made it a priority to ensure you know what your responsibilities are before, during and after a business interruption.

There are four primary objectives in which we classify our business continuity efforts:

1 To ensure our employees' safety

2 To mitigate further business impacts by taking positive actions to continue business operations

3 To restore critical processing by implementing our recovery plans to ensure critical functions are working properly

4 To return to business as usual as quickly as reasonably possible

*Business continuity is every employee's responsibility. You must:*
- *Know the emergency response procedures for your building.*
- *Keep your personal contact information updated within* **HR Connect**.
- *Talk with your manager before a business interruption occurs so you understand your role in recovery.*
- *Be familiar with the* **Emergency Notification and Associate Communication Tool** *(ENACT), and have your Person Number on hand.*
- *Keep wallet cards and key contact information readily available at all times.*
- *Call* **Security Operations** *(SOACC) to report life safety and security incidents, robberies, building security issues or any suspicious activity.*
- *If you are contacted by a member of the media, direct them to the "Are You a Journalist" section of the Bank of America Newsroom on* **bankofamerica.com**.

# We respect laws and regulations

We must not take any action, either personally or on behalf of Bank of America, which violates any law, rule, regulation or internal Company policies or procedures.

It is impossible to list all applicable laws, rules, regulations, policies and procedures. While other topics are addressed elsewhere in the Code, this section presents additional topics regarding laws, rules and regulations of which Bank of America employees must be aware.



### Anti-money laundering and economic sanctions

Money laundering is making money derived from unlawful activities "clean" by making it appear that the money comes from legitimate sources or transactions. Economic Sanctions are financial restrictions imposed by governments or international bodies to try to isolate or impede a specified individual or jurisdiction for some specified purpose.

We all have a role to play in helping to prevent criminals and targets of sanctions from using Bank of America's products and services. This includes an obligation to identify and report suspicious activity. Learn how to do your part through mandatory Global Financial Crimes Compliance training. For more information, visit the **Global Financial Crimes Compliance** website.

### Books and records

Accurate record keeping and reporting reflects on our reputation, our integrity and our credibility, each of which promotes the interests of our shareholders. You must maintain accurate books and records consistent with business needs and legal requirements.

To ensure the integrity of its consolidated financial statements, Bank of America has established internal accounting and operating controls and procedures, including disclosure controls and procedures, and a Disclosure Committee.

All employees responsible for the preparation of the corporation's financial statements, or who provide information as part of that process, must maintain and adhere to these controls so that all underlying transactions, both within Bank of America and with third parties, are properly documented, recorded and reported.

We must not take any action, either personally or on behalf of Bank of America, which violates any law, rule, regulation or internal Company policies or procedures.

In addition, we all have the responsibility to promote full, fair, accurate, timely and understandable disclosure in reports and documents that Bank of America files with or submits to regulators.

The Audit Committee of the board of directors has established procedures for the receipt, retention and treatment of complaints regarding accounting, internal accounting controls or auditing matters. You may raise any such concerns to the Ethics and Compliance Hotline. You will not be retaliated against for reporting information in good faith in accordance with this requirement.



*Q: Where can I find information about identifying and reporting unusual or potentially suspicious activity?*

*A: Visit the **Global Financial Crimes Compliance** website where you will find potential indicators of money laundering and the online transaction review memo used to report unusual or potentially suspicious activity.*

# We will not misuse information

## Restrictions on trading in Bank of America securities

You must not buy, sell, recommend or trade in Bank of America securities—either personally or on behalf of someone else—while in possession of material, nonpublic information relating to the Company, except through personal trading programs pre-approved by the Legal Department.

In addition, you must not communicate or disclose such information to others who may trade in Bank of America securities. Doing so may not only be a violation of your duty to keep such information confidential, but also may be a violation of U.S. federal and state laws, and the laws of many countries.

If you are a Bank of America Corporation director or have been designated as an "insider" by the Company, you must obtain approvals before trading in Bank of America securities.

### What is material, nonpublic information?

*The definition of material, nonpublic information (MNPI) is broad. You should consider information to be material if a reasonable investor would consider it important in making an investment decision (for example, any information that likely would affect the market price of a security or financial instrument if made public). Examples include merger and acquisition information, significant leadership changes, and earnings-related and other significant financial information. In other jurisdictions, MNPI is often referred to as "inside information" or "price-sensitive information." While MNPI and "inside information" or "price-sensitive information" are similar, they are not identical and the analysis is increasingly fact-specific. Therefore it is the obligation of each employee to be familiar with business-specific or jurisdiction-specific policies and procedures applicable to them, and if in doubt, to consult with their compliance or legal representative.*

*You should consider information nonpublic if it is not generally available to the investing public. Please see the* **Information Wall Policy** *for more information regarding material, nonpublic information.*



You must not buy, sell, recommend or trade in Bank of America securities while in possession of material or nonpublic information relating to the corporation.



Bank of America employees must not engage in speculative trading of Bank of America securities. This generally prohibits short sales and trading in puts, calls and other options or derivatives with respect to such securities, unless such transactions are for legitimate, nonspeculative purposes. Our Directors and Designated Insiders may not engage in any such transactions for any purpose. If you have questions regarding the potential speculative nature of your transaction, please talk with your manager or compliance officer. Please note: This paragraph does not apply to the exercise of Bank of America employee stock options. For more information, please refer to **Additional Guidance While Trading in Bank of America Securities**.

**Restrictions on trading in securities or financial instruments of other companies or issuers**

If you are in possession of material, nonpublic information about securities or financial instruments, you are prohibited from buying, selling, recommending or trading such securities or financial instruments. Under the securities laws, such activities constitute insider trading because they involve a fraud on the market by illegally permitting an individual or company to profit from information not otherwise available to the investing public.

In addition, you must not communicate or disclose such information to others who may misuse it, including family members. Doing so not only would be a violation of your duty of trust or confidence, but also may be a violation of federal and state laws, and the laws of many countries.

*You must be familiar with, understand and comply with the* **Information Wall Policy** *and all other policies and procedures that relate to your area of responsibility. These policies are designed to:*

- *Prevent the flow of information from employees in units that may receive material, nonpublic information about issuers of securities or financial instruments to employees in units that buy, sell or recommend securities and financial instruments to fiduciary and nonfiduciary accounts*

- *Provide additional guidance on prohibitions against the misuse of material, nonpublic information, including additional restrictions on personal trading for certain designated units*

- *Address other issues raised by the activities of each designated unit*

*For more information, please visit the* **Information Wall Policy***.*

# We invest in our communities



## Corporate Social Responsibility

Being a responsible business is integral to our success, and that of the customers, clients, shareholders and communities we serve around the world. **Corporate Social Responsibility** (CSR) is embedded in our values and informs how we conduct business, develop products and services, and deliver on our goals and commitments. CSR is integrated across six core areas, where we continue to focus our resources:

**Responsible business practices:** We rigorously review our business practices and policies and are continuing to simplify information for customers, maintain a strong risk culture, build industry-leading levels of capital and manage our businesses to be accountable to shareholders and stakeholders, including customers, clients, employees, regulators, and community and nonprofit organizations.

**Strong economies:** We support the economic health of communities, from financing affordable housing and small businesses in low-income neighborhoods to providing grants in the areas of housing, hunger and jobs.

**Environmental sustainability:** We put our capital and expertise to work to address climate change, reduce demands on natural resources and advance lower-carbon economic solutions.

**Leadership and service:** We support programs that develop emerging women leaders around the world as well as student leaders and high-performing nonprofits across the United States. Our employees volunteer their time and expertise, helping individuals to gain financial stability, feeding the hungry and building affordable housing.

**Arts and culture:** We promote local economic growth and community engagement worldwide, providing grants to help preserve works of art globally, lend exhibits to museums, and support free admission to U.S. cultural institutions.

**Diversity and inclusion:** With a global workforce in more than 40 countries — in thought, style, experience, culture, ethnicity and sexual orientation — we recognize that diversity and inclusion are good for business, attract and retain talent and enable our company to better serve employees, customers, clients and shareholders.

© 2016 Bank of America Corporation   |   BRO-02-16-0627.A   |   ARXTM6KR

Corporate Social Responsibility is embedded in our values and informs how we conduct business, develop products and services, and deliver on our goals and commitments.